IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 08-cv-01652-LTB-CBS

SCOTT A. STECKEL,
    Plaintiff,
v.

JANE DOE (LORIE?) [sic],
LOUIS CABILING [sic], M.D.,
ANTHONY A. DECESARO, and
LAURA KNAPP, R.N.,
    Defendants.

---

ORDER

---

Magistrate Judge Craig B. Shaffer

    This civil action comes before the court on Mr. Steckel's Motion to Amend (filed September 9, 2008) (doc. # 9). Pursuant to the Order of Reference dated September 11, 2008 (doc. # 11) and the memorandum dated September 12, 2008 (doc. # 12), this matter was referred to the Magistrate Judge. The court has reviewed the Motion, the entire case file, and the applicable law and is sufficiently advised in the premises.

    Mr. Steckel seeks to amend to "include more facts" to refute a statement that appears in the exhibits attached to the Amended Prisoner Complaint (doc. # 7). The court will accept Mr. Steckel's additional documents (doc. # 9 at pp. 3-8 of 8) as exhibits to the Amended Complaint, making it unnecessary to amend the Amended Complaint. Accordingly,

    IT IS ORDERED that Mr. Steckel's Motion to Amend (filed September 9, 2008) (doc. # 9) is DENIED as unnecessary. The court accepts Mr. Steckel's additional documents (doc. # 9 at pp. 3-8 of 8) as further exhibits to the Amended Complaint.

Dated at Denver, Colorado this 23rd day of September, 2008.

BY THE COURT:

   s/Craig B. Shaffer
United States Magistrate Judge