FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

SEP 2 6 2008

GREGORY C. LANGHAM
CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 08-cv-01652-LTB-CBS

SCOTT A. STECKEL,
    Plaintiff,
v.

JANE DOE (LORIE?) [sic],
LOUIS CABILING [sic], M.D.,
ANTHONY A. DECESARO, and
LAURA KNAPP, R.N.,
    Defendants.

---

ORDER GRANTING SERVICE BY UNITED STATES MARSHAL

---

Magistrate Judge Craig B. Shaffer

This civil action is before the court for service of the Amended Prisoner Complaint (doc. # 7). Pursuant to the Order of Reference dated September 11, 2008 (doc. # 11), this case was referred to the Magistrate Judge to, *inter alia*, "[h]ear and determine pretrial matters . . . ." On August 5, 2008, the court granted Plaintiff Steckel leave to proceed *in forma pauperis* pursuant to 28 U.S.C. § 1915. (*See* doc. # 2). It is now

ORDERED that, if appropriate, the Clerk of the Court shall attempt to obtain a waiver of service from the Defendants. If the Clerk is unable to do so, the United States Marshal shall serve a copy of the Amended Prisoner Complaint and summons upon the Defendants. If appropriate, the Marshal shall first attempt to obtain a waiver of service of these documents pursuant to Fed. R. Civ. P. 4(d). All costs of service shall be advanced by the United States. It is

FURTHER ORDERED that after service of process on them, Defendants shall

respond to the Amended Prisoner Complaint (doc. # 7) as provided for in the Federal Rules of Civil Procedure.

Dated at Denver, Colorado this 23rd day of September, 2008.

BY THE COURT:

s/Craig B. Shaffer
United States Magistrate Judge

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 08-cv-01652-LTB-CBS

Scott A. Steckel
Doc No. 138273
Huerfano County Corr. Center
304 Ray Sandoval Street
Walsenburg, CO 81089

Louis Cabiling, Anthony A. Decesaro, and Laura Knapp- **WAIVER***
c/o Cathie Holst
Colorado Department of Corrections
Office of Legal Affairs
**DELIVERED ELECTRONICALLY**

John Suthers, Attorney General
Office of the Attorney General
**DELIVERED ELECTRONICALLY**
**COURTESY COPY**

    I hereby certify that I have mailed a copy of the ORDER to the above-named individuals, and the following forms to Cathie Holst for service of process on Louis Cabiling, Anthony A. Decesaro, and Laura Knapp; and to John Suthers: AMENDED COMPLAINT FILED 08/28/08, WAIVER* SUMMONS, AND NOTICE OF AVAILABILITY OF MAGISTRATE JUDGE on 9/26/08.

GREGORY C. LANGHAM, CLERK

By: _____
Deputy Clerk