IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 08-cv-01652-WYD-CBS

SCOTT A. STECKEL,
    Plaintiff,
v.

JANE DOE (LORIE?) [sic],
LOUIS CABILING [sic], M.D.,
ANTHONY A. DECESARO, and
LAURA KNAPP, R.N.,
    Defendants.
_____

ORDER
_____

Magistrate Judge Craig B. Shaffer

    This civil action comes before the court on Mr. Steckel's letter (doc. # 27) (filed November 13, 2008). Pursuant to the Order of Reference dated September 11, 2008 (doc. # 11), this civil action was referred to the Magistrate Judge to, *inter alia*, "[h]ear and determine pretrial matters, . . ." Accordingly, the court requests that the Clerk of the Court mail Mr. Steckel a copy of the current docket sheet in this case.

    DATED at Denver, Colorado, this 17th day of November, 2008.

                                          BY THE COURT:

                                          s/Craig B. Shaffer
                                          United States Magistrate Judge