## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO
## LEWIS T. BABCOCK, JUDGE

Civil Case No.   08-cv-01652-LTB-CBS

SCOTT A. STECKEL,

       Plaintiff,

v.

JANE DOE (LORIE),
LOUIS CABILING, M.D.,
ANTHONY A. DeCESARO, and
LAURA KNAPP, R.N.,

       Defendants.

_____

## ORDER
_____

      This case is before me on the recommendation of the Magistrate Judge issued and served on April 8, 2009 (Doc 43).  Plaintiff has failed to file specific written objections to the Magistrate Judge's recommendation and is therefore barred from *de novo* review.  Accordingly, it is

      ORDERED that the recommendation is accepted and Defendants Cabiling and Knapp's Motion to Dismiss for Failure to Comply With Court Rules (Doc 36) is GRANTED and this action is DISMISSED WITH PREJUDICE for Plaintiff's failure to appear at the April 7, 2009 Preliminary Scheduling Conference, failure to comply with the Court's Orders and the Local Rules of Practice of the United States District Court for the District of Colorado, and failure to prosecute this civil action.

                                  BY THE COURT:

                                   s/Lewis T. Babcock
                                   Lewis T. Babcock, Judge

DATED: April 29, 2009